IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES                                                                PLAINTIFF

v.                           Case No. 5:14-CR-50002-002

JULIANA PEREZ                                          DEFENDANT

## O R D E R

Currently before the Court is the Report and Recommendation (Doc. 24) filed in this case on April 10, 2014, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Both parties have waived the right to object to the Report and Recommendation for the purpose of expediting acceptance of the guilty plea in this matter. (Doc. 23, p. 2).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the report and recommendation is proper and should be and hereby is ADOPTED IN ITS ENTIRETY.

Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's guilty plea is accepted, and the written plea agreement is tentatively approved, subject to final approval at sentencing.

IT IS SO ORDERED this 10th day of April, 2014.

                                                                     /s/ Timothy L. Brooks
                                                                     TIMOTHY L. BROOKS
                                                                     UNITED STATES DISTRICT JUDGE